UNITED STATES BANKRUPTCY COURT: WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION


IN RE: CLYDE A. LONG, JR., AND LATOYA LYNIESE LONG

CASE NO. 13-60044
Chapter 7

CRYSTAL D. LEWIS
          Plaintiff
v.

CLYDE A. LONG, JR.

          Defendant.          ADVERSARY PROCEEDING
                                        CASE NO. 13-06030

**COMPLAINT**
(Objection to Dischargeability)

COMES NOW the Plaintiff, Crystal D. Lewis, for her Complaint on her Objection to Dischargeability and states as follows:

1. Plaintiff, Crystal D. Lewis, of 13369 Gray Street, Culpeper, Virginia 22701, is a creditor of the above-named Debtors.

2. Defendants, CLYDE A. LONG, JR., AND LATOYA LYNIESE LONG, of 16381 Willis Road, Orange, Virginia 22960, are the Debtors in the above-captioned proceedings.

3. This is an action under 11 U.S.C. § 523(a)(6) objecting to the discharge of the defendant Debtor CLYDE A. LONG, JR. The court has jurisdiction of this case pursuant to 28 U.S.C. § 1334.

4. Attorney for Plaintiff has investigated the actions of the Debtor CLYDE A. LONG, JR. and being satisfied that the proper grounds exist for denial of the dischargeability of the Debtor's debt to Plaintiff Crystal D. Lewis, objects to granting of the discharge of that debt.

5. Plaintiff specifies the following items listed below as grounds for objections.

## SEXUAL ASSAULT AND BATTERY OF A MINOR

6. Plaintiff was sexually assaulted and raped multiple times by the Defendant, CLYDE A. LONG, JR., when she was between the ages of twelve (12) and thirteen (13), for which crimes the Defendant, CLYDE A. LONG, JR., was convicted.

7. On August 24, 2004, Crystal D. Lewis sued CLYDE A. LONG, JR. for those injuries in a civil suit styled *C.D.L. v. Clyde A. Long, Jr.*, Culpeper Co. Cir. Ct., 2004-L-220, which contained three causes of action: Count I, Intentional Infliction of Emotional Distress; Count II, Sexual Assault and Battery; Count III, Carnal Knowledge of a Minor.

8. On December 27, 2004, an Order Entering Default Judgment was entered against CLYDE A. LONG, JR. in the civil lawsuit between Crystal D. Lewis and CLYDE A. LONG, JR., styled *C.D.L. v. Clyde A. Long, Jr.*, Culpeper Co. Cir. Ct., 2004-L-220. By interlineation in that order, the court noted that the defendant CLYDE A. LONG, JR. personally appeared and "did not advance any reason as to why judgment should not be entered."

9. Accordingly, on December 27, 2004, judgment as to liability was entered in favor of Crystal D. Lewis against CLYDE A. LONG, JR. and a jury trial was set for April 11, 2005 to hear evidence on damages and fix the amount of damages for Crystal D. Lewis.

10. Prior to the date scheduled for the damages jury trial, on March 17, 2005, Defendant CLYDE A. LONG, JR. signed a "Promissory Installment Note with a Confession of Judgment Clause" which stated, among other things:

> The Debtor is executing this promissory note in favor of the Payee in the full amount sued for in the lawsuit between the Debtor and the Payee styled: *C.D.L. v. Clyde A. Long, Jr.*, Culpeper Co. Cir. Ct., 2004-L-220. This promissory note represents settlement of the Debtor's intentional torts against the Payee as expressed in that suit, and **it is the parties' understanding and intention that this promissory note for settlement of those intentional torts may not be discharged in any future bankruptcy by the Debtor.**

(Emphasis in bold added.)

11. The principal amount of the March 17, 2005 "Promissory Installment Note with a Confession of Judgment Clause" was one million two hundred fifty four thousand dollars ($1,254,000.00).

12. CLYDE A. LONG, JR. defaulted in the payment and in the performance of his obligations under the terms of the "Promissory Installment Note with a Confession of Judgment Clause".

13. Therefore, a Confession of Judgment was entered against Defendant CLYDE A. LONG, JR. on May 25, 2007, in the amount of $1,254,000.00, with an interest rate of 6% from March 17, 2005, in a civil suit in the Culpeper County Circuit Court relating to the sexual assaults and rapes.

14. No objection was made to that May 25, 2007 Confession of Judgment by CLYDE A. LONG, JR. and no appeal was taken from it by him.

## DEBTS WHICH CANNOT BE DISCHARGED UNDER BANKRUPTCY CODE § 523(A)(6)

15. By reason of the underlying basis of the Confession of Judgment of the Defendant, CLYDE A. LONG, JR., in the amount of $1,254,000.00 plus interest, this obligation for willful and malicious injury by the debtor CLYDE A. LONG, JR. against Crystal D. Lewis is not dischargeable under 11 U.S.C. § 523(A)(6).

## CONCLUSION

Under the circumstances as related, Debtor's discharge from his debt to Crystal D. Lewis is contrary to the bankruptcy statute and should be denied for the reasons stated above.

Defendant, CLYDE A. LONG, JR., by his own acts and by his own confession, owes the Plaintiff in excess of $1,254,000.00 as a result of the non-dischargeable judgment for his willful and malicious injury against the Plaintiff Crystal D. Lewis.

WHEREFORE, Plaintiff prays for judgment against Debtor CLYDE A. LONG, JR., determining that the debt owed by the Debtor CLYDE A. LONG, JR. to Plaintiff Crystal D. Lewis is not dischargeable in his bankruptcy case and for judgment according to proof; and that Plaintiff be awarded her costs of suit incurred herein and for such other and further relief as this Court deems proper.

5

CRYSTAL D. LEWIS
By Counsel

Respectfully submitted,

/s/ J. Michael Sharman
J. Michael Sharman, VSB #29651
Commonwealth Law Offices, P.C.
246 East Davis, Suite 200
Culpeper, Virginia 22701
Voice: (540) 727-1007
Facsimile: (540) 727-7917

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed, postage prepaid, as indicated, on April 1, 2013, to the following:

Marshall Moore Slayton, Esq.
420 Park Street
Charlottesville, VA 22902
Facsimile: (434) 977-3298
Counsel for Defendants

W. Stephen Scott, Trustee
P.O. Box 2737
Charlottesville, Virginia 22902

CC:
ADVANCE AMERICA
589 NORTH MADISON ROAD
ORANGE, VA 22960

ALLSTATE
75 EXECUTIVE PARKWAY
HUDSON, OH 44237

ALLSTATE
P.O. BOX 3589
AKRON, OH 44309

ALLSTATE PROPERTY AND CASUALTY COMPANY
P.O. BOX 55126
HAYWARD, CA 94205

ALLTEL CORPORATION
BANKRUPTCY DEPARTMENT
1 ALLIED DRIVE
LITTLE ROCK, AR 72202

ALLTEL
C/O PALISADES COLLECTION, LLC
P.O. BOX 1274
ENGLEWOOD CLIFF, NJ 07632

ANN WINGFIELD COMMONS
201 N. EAST STREET
CULPEPER, VA 22701

AUTO CENTER
727 NORTH ROYAL AVENUE
FRONT ROYAL, VA 22630

BANK OF AMERICA
ATTN: BANKRUPTCY DEPT NC4-105-03-14
P.O. BOX 26012
GREENSBORO, NC 27420

BLACK EXPRESSIONS BOOK CLUB
C/O RJM ACQ LLC
575 UNDERHILL BLVD, SUITE 224
SYOSSET, NY 11791

BLACK EXPRESSIONS BOOK CLUB
P.O. BOX 94610O
RANTOUL, IL 61866

CAPITAL ONE AUTO FINANCE
3905 N. DALLAS PKWY
PLANO, TX 75093

CAPITAL ONE AUTO FINANCE
P.O. BOX 829009
DALLAS, TX 75382

CAPITAL ONE AUTO FINANCE
C/O NORTHSTAR LOCATION SERVICES LLC

4285 GENESEE STREET
BUFFALO, NY 14225

CAPITAL ONE AUTO FINANCE
C/O NCO FINANCIAL SYSTEMS
P.O. BOX 15740
WILMINGTON, DE 19850

CAPITAL ONE AUTO FINANCE, INC
C/O CORPORATION SERVICES CO, R/A
P.O. BOX 1463
RICHMOND, VA 23218

CENTRIX RESOURCE SYSTEMS
6782 POTOMAC STREET
CENTENNIAL CO 80112

CHILD SUPPORT COMMONWEALTH OF VIRGINIA
BK UNIT/DIV OF CHILD SUPPORT ENFORCEMENT
2001 MAYWELL STREET, SUITE 104
RICHMOND, VA 23230

COMCAST
C/O CRD PRT ASSOCIATION
P.O. BOX 802068
DALLAS, TX 75380

COMCAST
P.O. BOX 3006
SOUTHEASTERN, PA 19398

COMCAST
P.O. BOX 3002
SOUTHEASTERN, PA 19398

COMCAST FKA ADELPHIA CABLE
1500 MARKET STREET
PHILADELPHIA, PA 19102

COMMONWEALTH EMERGENCY PHYSICIANS
C/O FREDERICKSBURG CREDIT BUREAU
10506 WAKEMAN DRIVE
FREDERICKSBURG, VA 22407

COMMONWEALTH EMERGENCY PHYSICIANS
44045 RIVERSIDE PKWY

LEESBURG, VA 20176

CONFIN FIRST BANK OF DELAWARE
C/O CKS FINANCIAL
505 INDEPENDENCE PKWY STREET
CHESAPEAKE, VA 23320

CONFIN FIRST BANK OF DELAWARE
C/O CREDIT SOLUTIONS CORP
5454 RUFFIN ROAD, SUITE 200
SAN DIEGO, CA 92123

CREDIT ACCEPTANCE
25505 WEST 12 MILE ROAD
SOUTHFIELD, MI 48034

CREDIT ACCEPTANCE CORPORATION
C/O ZECCA, SARAH J., ESQ.
222 CENTRAL PARK AVENUE
VIRGINIA BEACH, VA 23462

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
P.O. BOX 551888
DETROIT, MI 48255

CULPEPER COUNTY TREASURER
P.O. BOX 1447
CULPEPER, VA 22701


CULPEPER EYE ASSOCIATION
C/O EQUIDATA ATTN: BANKRUPTCY
P.O. BOX 6610
NEWPORT NEWS, VA 23606

CULPEPER EYE ASSOCIATION
800 SUNSET LANE
CULPEPER, VA 22701

CULPEPER MEDICAL ASSOCIATES
C/O FREDERICKSBURG CREDIT BUREAU
10506 WAKEMAN DRIVE
FREDERICKSBURG, VA 22407

CULPEPER MEDICAL ASSOCIATES, LLC

14115 LOVERS LANE, SUITE 100
CULPEPER, VA 22701

CULPEPER MEDICAL ASSOCIATES
P.O. BOX 9008
CHARLOTTESVILLE, VA 22906

CULPEPER REGIONAL HOSPITAL
C/O CREDIT CONTROL CORP
11821 ROCK LANDING DRIVE
NEWPORT NEWS, VA 23606

CULPEPER REGIONAL HOSPITAL
ATTN: PATIENT BILLING
P.O. BOX 592
CULPEPER, VA 22701

CULPEPER REGIONAL HOSPITAL
P.O. BOX 791406
BALTIMORE, MD 21279

CULPEPER REGIONAL HOSPITAL
P.O. BOX 592
CULPEPER, VA 22701

CULPEPER REGIONAL HOSPITAL
C/O PENN CREDIT CORPORATION
916 S. 14TH STREET
HARRISBURG, PA 17104

CULPEPER REGIONAL HOSPITAL
C/O PENN CREDIT
P.O. BOX 1259
OAKS, PA 19456

CULPEPER ANYTIME FITNESS
C/O PARTNERS COL
403 AXMINISTER
FENTON, MO 63026

CULPEPER ANYTIME FITNESS
767 NALLES MILL ROAD
CULPEPER, VA 22701

DAVIES, BARRELL, WILL, LEWELLYN & EDWARDS, P.C.
P.O. BOX 1147

CULPEPER, VA 22701

DAVIS, AMY
1401 B MILTON STREET
RICHMOND, VA 23222

DIRECT TV
P.O. BOX 11732
NEWARK, NJ 07101

DIRECTV
C/O FOCUS RECEIVABLES MANA
1130 NORTHCHASE PKWY, SUITE 150
MARIETTA, GA 30067

DIRECT TV
P.O. BOX 78626
PHOENIX, AZ 85062

DIRECT TV
P.O.BOX 6550
GREENWOOD VILLAGE, CO 80155

DIRECT TV
C/O NCO FINANCIAL SYSTEMS
P.O. BOX 4906
TRENTON, NJ 08650

EQUIFAX INFORMATION SERVICE CENTER
ATTN: DISPUTE RESOLUTION DEPARTMENT
P.O. BOX 105873
ATLANTA, GA 30348

EXPERIAN INFORMATION SOLUTIONS
ATTN: SUPERVISOR, LEGAL DEPARTMENT
P.O. BOX 1240
ALLEN, TX 75013

F&S FINANCIAL MARKETING
1400 RICHMOND RD
CHARLOTTESVILLE, VA 22911

FAIRFAX RADIOLOGICAL CONSULTANTS
2272 MERRILEE DRIVE, SUITE 230
FAIRFAX, VA 22031

FAST AUTO LOANS
530 JAMES MADISON HWY
CULPEPER, VA 22701

FAST AUTO LOANS
C/O CT CORPORATION, R/A
4701 COX ROAD, SUITE 301
GLEN ALLEN, VA 23060

FIRST BANK OF DELAWARE
P.O. BOX 101781
FORT WORTH, TX 76185

FIRST BKDE/CF
5301 LIMESTONE RD, SUITE 106
WILMINGTON, DE 19808

GEICO INDEMNITY COMPANY
C/O CREDIT COLLECTION SERVICES
2 WELLS AVENUE
NEWTON CENTER, MA 02459

GEICO
ONE GEICO PLAZA
BETHESDA, MD 20810

GEICO CASULTY COMPANY
ONE GEICO PLAZA
WASHINGTON, D.C. 20076

HILLSIDE MOTORS
C/O MOHR COLLECTION SERVICES
P.O. BOX 2037
WINCHESTER, VA 22604

HILLSIDE MOTORS, INC
1349 ORANGE ROAD
CULPEPER, VA 22701

INTEGON INSURANCE
C/O FIRST POINT COLLECTION RESOURCE
P.O. BOX 26140
GREENSBORO, NC 27402

INTEGON INSURANCE
500 WEST 5TH STREET

WINSTON SALEM, NC 27101

MARTHA JEFFERSON HOSPITAL
P.O. BOX 2556
CHARLOTTESVILLE, VA 22902

MARTHA JEFFERSON HOSPITAL
P.O. BOX 759132
BALTIMORE, MD 21275

NATL FITNESS
1645 E HWY 193
LAYTON, UT 84040

NATIONAL FITNESS FINANCIAL
ADVANCED COLLECTIONS DEPT
P.O. BOX 224
ROY, UT 84067

ONYX ACCEPTANCE CORP/
CAPITAL ONE AUTO FINANCE
3905 N DALLAS PKWY
PLANO, TX 75093

ORANGE COUNTY FIRE & EMS
P.O. BOX 62349
VIRGINIA BEACH, VA 23466

ORANGE COUNTY TREASURER
P.O. BOX 469
ORANGE, VA 22960

PALISADES COLLECTIONS, LLC
C/O/ LDG FINANCIAL SERVICES, LLC
P.O. BOX 1425
ALANTA, GA 39901

PALISADES COLLECTION, LLC
P.O. BOX 1274
ENGLEWOOD CLIFFS, NJ 07632

PGAC
P.O. BOX 305076
NASHVILLE, TN 37230

PROGRESSIVE INSURANCE

C/O NCO FIN /99
P.O. BOX 15636
WILMINGTON, DE 19850

PROGRESSIVE INSURANCE COMPANY
63 WILSON MILLS ROAD
MAYFIELD VILLAGE, OH 44143

PROGRESSIVE INSURANCE COMPANY
4030 CRESCENT PARK DRIVE, #B
RIVERVIEW, FL 33578

RAPPAHANNOCK ELECTRIC COOPERATIVE
P.O. BOX 23849
ALEXANDRIA, VA 22334

RAPPAHANNOCK ELECTRIC COOPERATIVE
P.O. BOX 7388
FREDERICKSBURG, VA 22404

REPRODUCTIVE MEDICINE AND SURGERY CENTER OF VIRGINIA
595 MARTHA JEFFERSON DRIVE #390
CHARLOTTESVILLE, VA 22911

SCHEWEL FURNITURE
213 MADISON ROAD
ORANGE, VA 22960

SCHEWEL FURNITURE COMPANY, INC
C/O DONNA S. CLARK, R/A
P.O. BOX 6120
LYNCHBURG, VA 24505

SKYLINE EMER PHYSICIANS, LLC
C/O NORTH AMERCN
2810 WALKER ROAD
CHATTANOOGA, TN 37421

SKYLINE EMERGENCY PHYSICIANS
C/O KEVIN B. WILSON LAW OFFICES
P.O. BOX 24103
CHATTANOOGA, TN 37422

SKYLINE EMERGENCY PHYSICIANS
C/O NCO FIN /99
P.O. BOX 15636

WILMINGTON, DE 19850

SKYLINE EMERGENCY PHYSICIANS
P.O. BOX 48068
JACKSONVILLE, FL 32247

SKYLINE ER PHYSICIANS FASTTR
C/O NORTH AMERCN
2810 WALKER ROAD
CHATTANOOGA, TN 37421

SPRINT
C/O WEST ASSET MANAGEMENT
7171 MERCY ROAD
OMAHA, NE 68106

SPRINT
P.O. BOX 105243
ATLANTA, GA 30348

SPRINT NEXTEL
ATTN BANKRUPTCY DEPT
P.O. BOX 7949
OVERLAND PARK, KS 66207

T-MOBILE
C/O AFNI, INC. ATTN: BANKRUPTCY
P.O. BOX 3097
BLOOMINGTON, IL 61702

T-MOBILE
P.O. BOX 742596
CINCINNATI, OH 45274

T-MOBILE
C/O CREDIT MANAGEMENT
P.O. BOX 1654
GREEN BAY, WI 54305

TACS
P.O. BOX 71476
RICHMOND, VA 23255

TRANSUNION
ATTN: DISPUTE RESOLUTION DEPARTMENT
P.O. BOX 2000

CHESTER, PA 19022

UNITED CONSUMERS INC.
P.O. BOX 4466
WOODBRIDGE, VA 22194

UVA MEDICAL CENTER
PATIENT FINANCIAL SERVICES
P.O. BOX 800750
CHARLOTTESVILLE, VA 22907

UVA MEDICAL CENTER
PATIENT FINANCIAL SERVICES
P.O. BOX 530272
ATLANTA, GA 30353

UVA PHYSICIANS GROUP
500 RAY C. HUNT DRIVE
CHARLOTTESVILLE, VA 22903

UVA PHYSICIANS GROUP
P.O. BOX 9007
CHARLOTTESVILLE, VA 22906

UVA PHYSICIANS GROUP
P.O. BOX 555
CHARLOTTESVILLE, VA 22902

VA SELF STORAGE PARTNERS LII L
C/O CHARLOT BUR
P.O. BOX 6220
CHARLOTTESVILLE, VA 22911

VA SELF STORAGE PARTNERS LII L
1501 AVON STREET EXT
CHARLOTTESVILLE, VA 22902

VIRGINIA DEPARTMENT OF TAXATION
BANKRUPTCY DEPARTMENT
P.O. BOX 2156
RICHMOND, VA 23217

VIRGINIA LABORATORY SERVICES
P.O. BOX 1189
HARRISONBURG, VA 22803

VIRGINIA LABORATORY SERVICES
P.O. BOX 6142
PORTSMOUTH, VA 23703

VIRGINIA RADIOLOGY ASSOCIATES
P.O. BOX 1067
MANASSAS, VA 20108

VIRGINIA RADIOLOGY ASSOCIATES
C/O UNITED CONSUMERS INC.
P.O. BOX 4466
WOODBRIDGE, VA 22194